**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Tequilla Jordan

Plaintiff,

v.

Case No.: 1:25−cv−01942
Honorable Franklin U. Valderrama

The Pension Specialists, Ltd.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' stipulation to dismiss [21] filed in the lead case, 25−CV−01925. Pursuant to the stipulation and under Fed. R. Civ. P. 41(a)(1)(A)(ii), this action 25−CV−01925 and all related actions, 3:25−CV−50075, 25−CV−01942, 25−CV−01950, 25−CV−2010, 3:25−CV−50084, and 1:25−CV−02554, are dismissed with prejudice, all matters in controversy for which the action was brought having been settled. Each party shall bear its own attorneys' fees, expenses, and costs in connection with this action. The parties request that the Court dismiss the case with prejudice but retain jurisdiction to enforce the settlement agreement. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Therefore, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 8/25/2025. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.